IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| Carlos Carbajal, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Renzo Queirolo, )<br>a/k/a Lorenzo Queirolo, et al., )<br>)<br>Defendants. ) | Case No. 1:10cv9 (GBL/IDD) |

ORDER

Upon consideration of the September 8, 2011 Report and Recommendation of United States Magistrate Judge Davis, who was designated to conduct a hearing in this matter, no objection having been filed within ten days, and upon an independent review of the record, it is hereby

ORDERED that the Court adopts as its own the findings of fact and accepts the recommendation of the United States Magistrate Judge. The Court denies in part and grants in part the Plaintiffs' Motion for Default Judgment against Renzo Queirolo, also known as Lorenzo Queirolo, and RQ Construction Company. The Court DENIES the motion as to Plaintiff Carlos Carbajal's FLSA claim (Count I) and GRANTS the motion as to Plaintiff's breach of contract claim (Count II). The Clerk of Court shall enter default judgment in favor of the Plaintiff Carlos Carbajal and against the Defendants Renzo Queirolo and RQ Construction, with damages in the total amount of $2,000.

The Clerk is directed to forward a copy of this Order to counsel of record.

ENTERED this 20 day of September, 2011.

Alexandria, Virginia
9/20/11

/s/
Gerald Bruce Lee
United States District Judge